IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIE GONZALES, JR. | § | |
|     TDCJ-CID NO. 1097528 | § | |
| V. | § | C.A. NO. C-05-296 |
| | § | |
| RONALD M. YEAGER, ET AL. | § | |

## FINAL JUDGMENT

A final judgment of dismissal of all claims against all defendants, pursuant to the memorandum opinion and order of dismissal, is entered.

ORDERED this 2nd day of March, 2006.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE